UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | |
| | CHAPTER 7 |
| MICHAEL S. GOLDBERG, LLC | |
| MICHAEL S. GOLDBERG, | CASE NO. 09-23370 (ASD) |
| | CASE NO. 09-23371 (ASD) |
| Debtors | Jointly Administered Under |
| | CASE NO. 09-23370 (ASD) |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG, | |
| Plaintiff | |
| VS. | ADV. PRO. NO. 10-02139 |
| MICHAEL S. GOLDBERG, LLC MICHAEL S. GOLDBERG AND MARILYN ZAVADA | |
| Defendants | NOVEMBER 4, 2010 |

# ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT, MARILYN ZAVADA

## *ANSWER*

### FACTUAL BACKGROUND AS TO ALL DEFENDANTS AND ALL COUNTS

1. As to Paragraph 1, the Defendant, **MARILYN ZAVADA ("ZAVADA")**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

2.     As to Paragraph 2, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

3.     As to Paragraph 3, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

4.     As to Paragraph 4, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

5.     As to Paragraph 5, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

6.     As to Paragraph 6, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

7.     As to Paragraph 7, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

8.     As to Paragraph 8, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

9.     As to Paragraph 9, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

10. As to Paragraph 10, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

11. As to Paragraph 11, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

12. As to Paragraph 12, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

13. As to Paragraph 13, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

14. As to Paragraph 14, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

15. As to Paragraph 15, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

16. As to Paragraph 16, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

17. As to Paragraph 17, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

18. As to Paragraph 18, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

19. As to Paragraph 19, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

## JURISDICTION, VENUE AND NATURE OF THIS PROCEEDING

20. Defendant, **ZAVADA,** admits Paragraph 20.

21. Defendant, **ZAVADA,** admits Paragraph 21.

22. Defendant, **ZAVADA,** admits Paragraph 22.

23. Defendant, **ZAVADA,** admits Paragraph 23.

24. As to Paragraph 24, the Defendant, **ZAVADA,** admits as to what the Complaint initiates and alleges.

25. Defendant, **ZAVADA,** admits Paragraph 25.

26. Defendant, **ZAVADA,** admits Paragraph 26.

27. Defendant, **ZAVADA,** admits Paragraph 27.

## PARTIES

28. Defendant, **ZAVADA,** admits Paragraph 28.

29. As to Paragraph 29, the Defendant, **ZAVADA,** does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

30.   As to Paragraph 30, the Defendant, **ZAVADA,** does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

31.   Defendant, **ZAVADA,** admits Paragraph 31.

32.   Defendant, **ZAVADA,** denies Paragraph 32.

33.   As to Paragraph 33, the Defendant, **ZAVADA,** does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

## FIRST CLAIM FOR RELIEF

34.   The Answers to Paragraphs 1 through 33 of this Complaint are hereby incorporated herein and made the Answers to Paragraph 34 as if fully set forth herein.

35.   As to Paragraph 35, the Defendant, **ZAVADA,** does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

36.   As to Paragraph 36, the Defendant, **ZAVADA,** does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

37.   Defendant, **ZAVADA,** denies Paragraph 37.

38.   Defendant, **ZAVADA,** denies Paragraph 38.

## SECOND CLAIM FOR RELIEF

39.   The Answers to Paragraphs 1 through 38 of this Complaint are hereby incorporated herein and made the Answers5to Paragraph 39 as if fully set forth herein.

40. As to Paragraph 40, the Defendant, **ZAVADA,** does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

41. Defendant, **ZAVADA,** denies Paragraph 41.

42. As to Paragraph 42, the Defendant, **ZAVADA,** does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

43. As to Paragraph 43, the Defendant, **ZAVADA,** does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

44. As to Paragraph 44, the Defendant, **ZAVADA,** does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

45. Defendant, **ZAVADA,** denies Paragraph 45.

46. Defendant, **ZAVADA,** denies Paragraph 46.

## **THIRD CLAIM FOR RELIEF**

47. The Answers to Paragraphs 1 through 46 of this Complaint are hereby incorporated herein and made the Answers to Paragraph 47 as if fully set forth herein

48. As to Paragraph 48, the Defendant, **ZAVADA,** does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

49. As to Paragraph 49, the Defendant, **ZAVADA,** does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

50. Defendant, **ZAVADA,** denies Paragraph 50.

51. As to Paragraph 51, the Defendant, Defendant, **ZAVADA,** does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

52. As to Paragraph 52, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

53. Defendant, **ZAVADA**, denies Paragraph 53.

### FOURTH CLAIM FOR RELIEF

54. The Answers to Paragraphs 1 through 53 of this Complaint are hereby incorporated herein and made the Answers to Paragraph 54 as if fully set forth herein.

55. Defendant, **ZAVADA**, denies Paragraph 55.

56. As to Paragraph 56, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

57. Defendant, **ZAVADA**, denies Paragraph 57.

58. As to Paragraph 58, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

59. Defendant, **ZAVADA**, denies Paragraph 59.

**FIFTH CLAIM FOR RELIEF**

60.    The Answers to Paragraphs 1 through 59 of this Complaint are hereby incorporated herein and made the Answers to Paragraph 60 as if fully set forth herein

61.    As to Paragraph 61, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

62.    As to Paragraph 62, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

63.    As to Paragraph 63, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

64.    As to Paragraph 64, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

65.    Defendant, **ZAVADA**, denies Paragraph 65.

66.    As to Paragraph 66, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

67.    As to Paragraph 67, the Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

68.    Defendant, **ZAVADA**, denies Paragraph 68.

## SIXTH CLAIM FOR RELIEF

69.  The Answers to Paragraphs 1 through 68 of this Complaint are hereby incorporated herein and made the Answers to Paragraph 69 as if fully set forth herein

70.  As to Paragraphs 1 through 68 above, Defendant, **ZAVADA**, does not have sufficient knowledge or information to form a belief and leaves the Plaintiff to its proof.

71.  Defendant, **ZAVADA**, denies Paragraph 71.

## *AFFIRMATIVE DEFENSES*

### FIRST AFFIRMATIVE DEFENSE

No transfers between the Debtor and Defendant, **ZAVADA**, are avoidable because no recovered transfer will benefit the estate.

### SECOND AFFIRMATIVE DEFENSE

The alleged transfers were intended by Debtor and Defendant, **ZAVADA**, to be contemporaneous exchanges for new value given to Debtor, and were, in fact, such contemporaneous exchanges and thus may not be avoided.

### THIRD AFFIRMATIVE DEFENSE

The alleged claims are, in whole or in part, barred by applicable statutes of limitations.

## FOURTH AFFIRMATIVE DEFENSE

The alleged transfers to Defendant, **ZAVADA**, were for reasonably equivalent value and were received by **ZAVADA**, in good faith.

**DEFENDANT, MARILYN ZAVADA**

By   /s/ John J. O'Brien, Jr., Esq.
   John J. O'Brien, Jr., Esq. of
   O'Brien Law Group
   Federal Bar No. ct04856
   365 Silas Deane Highway
   Wethersfield, Connecticut 06109
   Telephone:  (860) 563-5500
   Facsimile:   (860) 563-5520
   Email:  jobrien@cttrustcounsel.com