**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| ) | |
| ) | |
| MICHAEL S. GOLDBERG, LLC ) | Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG ) | 09-23371 (ASD) |
| Debtors. ) | Jointly Administered Under |
| ) | Case No. 09-23370 |
| JAMES BERMAN, CHAPTER 7 TRUSTEE ) | |
| FOR THE ESTATES OF ) | |
| MICHAEL S. GOLDBERG, LLC, and ) | |
| MICHAEL S. GOLDBERG ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Pro. No. 10-02139 |
| v. ) | |
| MARILYN ZAVADA, ET AL. ) | |
| MICHAEL S. GOLDBERG ) | |
| MICHAEL S. GOLDBERG, LLC ) | |
| ) | |
| Defendants. ) | |

**MOTION TO SET ASIDE DEFAULT ON CONSENT**

The Plaintiff, James Berman, Chapter 7 Trustee for the Estates of Michael S. Goldberg, LLC, and Michael S. Goldberg, respectfully moves to set aside the default entered on October 28, 2010. In support of this motion, the Plaintiff represents the following:

1. On November 5, 2010, Defendant filed his answer (Docket Number 14).

For the foregoing reasons, the Plaintiff, respectfully moves that the entry of default be set aside.

Dated at Bridgeport, Connecticut this 13th day of July, 2011.

           JAMES BERMAN, CHAPTER 7 TRUSTEE
           FOR THE ESTATES OF
           MICHAEL S. GOLDBERG AND
           MICHAEL S. GOLDBERG, LLC

By  /s/Jeffrey Hellman
    Jeffrey Hellman (ct04102)
    ZEISLER & ZEISLER, P.C.
    558 Clinton Avenue
    Bridgeport, Connecticut 06605
    (203) 368-4234
    (203) 367-9678 (fax)
    jhellman@zeislaw.com

By /s/John J. O'Brien, Jr.
O'Brien Law Group
365 Silas Deane Highway
Wethersfield, CT  06109
(860)563-5500
(860)563-5520
jobrien@cttrustcounsel.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| MICHAEL S. GOLDBERG, LLC | ) | Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG | ) | 09-23371 (ASD) |
| Debtors. | ) | Jointly Administered Under |
| | ) | Case No. 09-23370 |
| JAMES BERMAN, Chapter 7 Trustee for | ) | |
| | ) | |
| MICHAEL S. GOLDBERG, LLC, and | ) | |
| MICHAEL S. GOLDBERG | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No. 10-02139 |
| v. | ) | |
| MARILYN ZAVADA | ) | |
| MICHAEL S. GOLDBERG AND | ) | |
| MICHAEL S. GOLDBERG, LLC | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that copies of the Motion to Set Aside Default concerning the above-captioned adversary proceeding was served via the Court's electronic CM/ECF system on July 13, 2011 on all parties and/or counsel of record.

Dated at Bridgeport, Connecticut this 13th day of July, 2011.

> JAMES BERMAN, CHAPTER 7 TRUSTEE
> FOR THE ESTATES OF
> MICHAEL S. GOLDBERG AND
> MICHAEL S. GOLDBERG, LLC
>
>
> By__/s/Jeffrey Hellman_____
> Jeffrey Hellman (ct04102)
> ZEISLER & ZEISLER, P.C.
> 558 Clinton Avenue
> Bridgeport, Connecticut 06605
> (203) 368-4234
> (203) 367-9678 (fax)
> jhellman@zeislaw.com