**ORDER VACATING DATED: JULY 14, 2011**

*Albert S. Dabrowski*
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL S. GOLDBERG, LLC | ) | Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG | ) | 09-23371 (ASD) |
| Debtors. | ) | Jointly Administered Under Case No. 09-23370 |
| JAMES BERMAN, Chapter 7 Trustee for | ) | |
| MICHAEL S. GOLDBERG, LLC, and | ) | |
| MICHAEL S. GOLDBERG | ) | |
| Plaintiff, | ) | Adv. Pro. No. 10-02139 |
| v. | ) | |
| MARILYN ZAVADA | ) | |
| MICHAEL S. GOLDBERG AND | ) | |
| MICHAEL S. GOLDBERG, LLC | ) | |

## ENTRY OF DEFAULT

If it appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

MARILYN ZAVADA

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: October 29, 2010

_____
Nancy Humlicek
Divisional Manager

ZEISLER & ZEISLER, P.C.  •  ATTORNEYS AT LAW
558 CLINTON AVENUE  •  P. O. BOX 3186  •  BRIDGEPORT, CONNECTICUT 06605-0186  •  (203) 368-4234  •  JURIS NO. 69625